UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-60791-CIV--SEITZ/O'SULLIVAN

JEFFREY D. BIANCHI,

      Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC.,

      Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Stipulation For Dismissal With Prejudice [DE-17]. Having considered the Notice and Stipulation, it is hereby

ORDERED that

(1) This action is DISMISSED without prejudice.

(2) All pending motions not otherwise rules upon are DENIED AS MOOT.

(3) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 18th day of December, 2009.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

cc: Counsel of Record